IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


FLOYD EARL COOP                                                                          PLAINTIFF

            v.                          Civil No. 06-5043

SHERIFF TIM HELDER;
and MISS CURE                                                                          DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Frank Earl Coop filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on March 13, 2006. His complaint was filed in forma pauperis (IFP).

On March 28, 2006, the undersigned entered an order (Doc. 7) directing Coop to complete, sign and return an attached addendum to his complaint. The addendum was to be returned by April 28, 2006.

To date, the plaintiff has failed to respond to the addendum. The court's order and attached addendum have not been returned as undeliverable. The order was mailed to the same address as the court's prior orders. Plaintiff has not informed the court of any change in his address. Plaintiff has not otherwise communicated with the court.

I therefore recommend Coop's claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b). **Coop has ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Coop is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 8th day of May 2006.


/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE


-1-