### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**FLOYD EARL COOP**                                                  **PLAINTIFF**

      **v.**             **Civil No. 06-5043**

**SHERIFF TIM HELDER;**
**and MISS CURE**                                                    **DEFENDANTS**

### O R D E R

Now on this 2nd day of June, 2006, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #8), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #8) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report And Recommendation, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                             **/s/ Jimm Larry Hendren**
                             **JIMM LARRY HENDREN**
                             **UNITED STATES DISTRICT JUDGE**